AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERNESTO PEREZ G.

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

*Defendant*

Civil Action No. 1:24-CV-03133-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Court Order at ECF No. 21, Plaintiff's Opening Brief, ECF No. 15 and Reply Brief, ECF No. 20, are GRANTED; the Commissioner's Response Brief, ECF No. 19, is DENIED; and the decision of the Commissioner is REVERSED and REMANDED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian.

Date:   6/12/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
       *(By) Deputy Clerk*

Brian Molony